U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 5 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID WAYNE MANDIGO | CIVIL ACTION 5:16-CV-1315 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| VERDIS HAYS, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint be **DISMISSED** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5 day of December, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE